UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Hafez M. Abu Taleb,   Civil 11-2729 (DWF/FLN)

    Plaintiff,

v.   **ORDER ADOPTING REPORT AND RECOMMENDATION**

Mayor Bill Schulz, Building Official
Barry Olson, Clerk Corrie LaDoucer,
Marline Skinner - Animal Control;
Keith Stratta - Golden Valley
Humane Society,

    Defendants.

---

Hafez M. Abu-Taleb, *Pro Se*, Plaintiff.

---

  Based upon the Report and Recommendation by United States Magistrate Judge Franklin L. Noel dated December 9, 2011, all the files and records, and no objections having been filed to said Report and Recommendation,

  **IT IS HEREBY ORDERED** that:

  1. Plaintiff's application to proceed *in forma pauperis* (Doc. No. [2]) is **DENIED**.

  2. This action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  January 6, 2012         s/Donovan W. Frank
                                DONOVAN W. FRANK
                                United States District Judge